194 So.2d 738

Succession of Freddie Robertson
**KILLINGSWORTH.**

**Mrs. Rome SCHLATER et al.**

v.

**Edward Hill SCHLATER et al.**

**No. 48540.**

Feb. 3, 1967.

In re: Mrs. Rome Schlater Johnston Tuttle et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Iberville. 194 So.2d 331.

Writ refused. We find no error of law in the judgment complained of.